UNITED STATES DISTRICT COURT
Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br>JAMES J. CREEGAN,<br>　　　　Defendant. | Case No. PO-07-003-CI<br><br>**PETTY OFFENSE**<br>**JUDGMENT FORM** |

Defendant was present and entered Guilty Plea to Count 2. Count 1 was dismissed by the Government.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 261.10(l) | Violating Terms or Conditions of Special Use Authorization, Contract Or Approved Operating Plan | 11/3/07 | 2 |

The Court Sentenced Defendant as follows:

$ 10  SPECIAL ASSESSMENT
$ 200 FINE
$ 25  COLLECTION FEE

$100 RESTITUTION - Payable to U.S. Forest Service
　　　　　　　　　　　　24 W. Chewuch Road
　　　　　　　　　　　　Winthrop, WA 98862
　　　　　　　　　　　　(509) 995-4000

Defendant not to remove or assist with removal of timber for the next 6 months from the Okanogan, Wenatchee or Colville National Forests.

_____
Signature of Judicial Officer

Honorable Cynthia Imbrogno,
U.S. Magistrate Judge

02-22-08
Date

*nunc pro tunc 2-21-08*